U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 0 1 2013

TONY R. MOORE, CLERK
_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| DANNY DEVILLE | * | CIVIL ACTION NO. 11-1931 |
| VERSUS | * | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS THEREFORE ORDERED that the claimant be awarded benefits as of October 1, 2006.

Lafayette, Louisiana, this 27 day of March, 2013.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE